JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO DUARTE, | ) Case No. CV 22-7590-FMO (JPR) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| STEVE SMITH, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: September 23, 2024          /s/
                                    FERNANDO M. OLGUIN
                                    U.S. DISTRICT JUDGE